NOTICE OF APPEARANCE                               CO-1506 (New 5/92)

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA )
)
)
vs. )  Criminal No. 06-0214-02
)
)
RALPH BERNARD INGRAM )
(DEFENDANT)

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS: (Please check one)

[X] CJA          [ ] RETAINED          [ ] FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

William J. Garber #42887
(Attorney & Bar ID Number)

William J. Garber Attorney At Law
(Firm Name)

717 D Street, N.W. Suite 400
(Street Address)

Washington, D.C. 20004
(City)      (State)      (Zip)

(202) 638-4667