UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

      v.       :    Criminal No. 06-21-(2) (RBW)

RALPH BERNARD INGRAM

### ORDER DISMISSING INDICTMENT, SPEEDY TRIAL ACT

Upon consideration of the Motion of the Defendant To Dismiss The Indictment, Speedy Trial Act, the responses filed and the matters and things considered

It is by the Court, this      day of                ,2006

ORDERED: That the Motion be, and the same is hereby, granted and that the Indictment in this case be dismissed and the defendant discharged from custody.

_____
REGGIE B. WALTON
United States District Judge