UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
FEB 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
)
)
)
v. ) Criminal Action No. 06-21 (RBW)
)
CINQUAN BLAKNEY, et al., )
)
)
Defendants. )
)
)

## ORDER

Upon consideration of the joint oral motion of the United States and the defendants made on December 21, 2006, to unseal the record of the above-captioned case, it is hereby

**ORDERED** that, with the exception of all government ex parte representations made at the bench during any proceedings in the above-captioned case and any motions or orders of the Court related thereto, the record in this case, including all pleadings, tapes, or other transcriptions, are hereby unsealed. It is further

**ORDERED** that all government ex parte representations made at the bench during any proceedings in the above-captioned case and any motions and orders of the Court related thereto shall remain sealed.

1

**SO ORDERED** this 2nd day of February, 2007.

*[signature]*
REGGIE B. WALTON
United States District Judge