UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLLUMBIA

UNITED STATES OF AMERICA  :

           v.  :  Criminal No. 06-21 (2) (RBW)

RALPH BERNARD INGRAM  :

<u>DEFENDANT'S MOTION FOR INTERIM
PAYMENTS FOR ATTORNEYS APPOINTED
PURSUANT TO 18 U.S.C. 3006A</u>

Counsel for Defendant, Ralph Bernard Ingram, moves this Court pursuant to paragraph 2.30A of the Guidelines for the Administration of the Criminal Justice Act and Volume VII, Guide to Judicial Policies and Procedures, to determine that the case of *United States of America v.. Ralph Bernard Ingram*, satisfies the criteria of "extended" and "complex" as defined in the Guide to Judicial Policies and Procedures, and as a result, to authorize interim voucher payments to counsel working on this case. The reasons are as follows:

<u>The Case is Extended</u>

1. Counsel was appointed to this case by Order of this Court on February 21, 2006 (nunc pro tunc 1-27-06) pursuant to the Criminal Justice Act. The initial Indictment charged Defendants, Ingram, and Cinquan Louis Blakney, in four Counts. On August 23, 2006, a Superseding Indictment was filed charging Ralph Bernard Ingram, Cinquan Louis Blakney, Tristan

1

Sellers, India Graves, Sean Blakney, James Morgan, Kevin Morris, and Donovan Bostick in one hundred and fifteen (115) Counts. All defendants have been arraigned and trial is scheduled to begin with jury selection on March 11, 2008. If all defendants proceed to trial, counsel estimates that the trial will last several months.

## The Case Is Complex

2. All named defendants are charged in a Conspiracy to Distribute and Possess With Intent To Distribute, Heroin, Cocaine, Cocaine Base, PCP and Marijuana alleged to begin atleast 2002 to January 2006. (Count One); and one hundred and fourteen (114) substantive counts charging various named defendants with drug distribution, weapons and unlawful use of communications facilities..

3. Extensive pre-trial discovery has been provided, including results of Title III wire intercepts over a several months period resulting in the interception of several thousand activations, search warrants, law enforcement reports, videos and other documents.

4. A schedule for the filing of pre-trial motions was ordered by the Court and extensive motions and trial preparation are contemplated including review of the discovery material with respective defendants.

5. Because of the extended and complex nature of the case, and the time and energies of counsel, interim payments are in order.

6. It is expected that Counsel for other defendants will seek to join in this request for interim payments.

Wherefore, Counsel prays that this motion be granted.

WILLIAM JACKSON GARBER#42887  
717 D Street, N.W. Suite 400  
Washington, D.C. 20004-2817  
Tel (202) 638-4667  
Fax(202) 842-8469  
e-mail – docgarbdc@verizon.net