UNITEDS STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA :

v.                   :   Criminal No. 06-21 (RBW)

RALPH BERNARD INGRAM, et al:

### ORDER FOR INTERIM PAYMENTS

Because of the expected length and complexity of the proceedings in the above captioned matter, CJA appointed Counsel may use the following procedures to obtain interim payments during the course of their representation.

Counsel may submit to the Office of the Federal Public Defender, every two months, an interim CJA Form 20, setting forth an itemization of compensation earned and reimbursable expenses.

The Court will review the interim vouchers when submitted and will authorize compensaton to be paid for the approved number of hours up to a total of $7,000.00, and for all reimbursable expenses reasonably incurred during the interim period. To the extent that the first interim voucher or any subsequent interim vouchers cumulatively seek hourly compensation exceeding the $7,000.00 CJA per case ceiling (excluding reimbursement sought for expenses), those vouchers must be approved by both this Court and the Chief Judge of the Circuit or a Circuit Judge designated by the Chief

1

Judge before disbursement can be made. One fifth of the out of court compensation approved for each voucher shall be withheld until the final accounting. At the conclusion of the representation, counsel shall submit a final voucher seeking payment of the one fifth balance withheld from the earlier interim vouchers.

Counsel may submit the first interim voucher for all compensation and expenses from the date of appointment to the end of the month when this Order is approved and filed. Counsel may submit subsequent interim vouchers every two months thereafter until the conclusion of representation.

After the review by the Office of the Federal Public Defender, the Court will review each interim and final voucher and submit each to the Chief Judge of the Circuit or a Circuit Judge designated by the Chief Judge for a review and approval.

SO ORDERED:

Date May 14, 2007

Reggie B. Walton
United States District Judge

Date May 16, 2007

Janice Rogers Brown
Circuit Judge, U.S. Court of Appeals For
The District of Columbia Circuit