UNITED STATES DISTRICT COURT
FOR THE ISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

                v.              :   Criminal No. 06-21-02 (RBW)

RALPH INGRAM               :

### MOTION TO ADOPT MOTIONS FILED BY CO-DEFENDANT, CINQUAN BLAKNEY, TO COMPEL DISCLOSURE OF INFORMATION REGARDING CONFIDENTIAL INFORMANTS, WITNESSES, SPECIAL EMPLOYEES AND COOPERATING CRIMINALS; TO REVEAL THE IDENTITY OF THE INFORMANTS AND THE BASIS OF THEIR RELIABILITY

Counsel for Defendant, Ralph Ingram, moves to join and adopt the Motions filed on behalf of co-defendant, Cinquan Blakney, to compel disclosure of information regarding confidential informants, witnesses, special employees and cooperating criminals and to reveal the identify of the informants and the basis of their reliability, filed 9-20-07.

The purpose of this motion is to avoid redundancy in pleadings. Defendant would also move that the Government respond to and supply the information requested in the Motions by the Status Hearing date of January 11, 2008 in order to afford Defendant the opportunity to utilize the information sufficiently  in advance of the trial date of March 12, 2008 in order to adequately prepare for the eventuality of trial.

1

WHEREFORE, Defendant prays that this motion be granted for all of

the reasons set forth in the adopted motions and timeliness of response as

requested herein.

_____
WILLIAM J. GARBER #42887
Attorney for Defendant
717 D Street, N.W. Suite 400
Washington, D.C. 20004-2817
Tel (202) 638-4667


This motion was served y filing in the electronic filing system in the
United States District Court for the District of Columbia, October 4, 2007.

_____
William J. Garber