UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLLUMBIA

UNITED STATES OF AMERICA:

      v.   :   Criminal No. 06-21-02 (RBW)

RALPH INGRAM   :

ORDER DISMISSING FIREARMS COUNTS

Upon consideration of the Defendant, Ralph Ingram, to dismiss the Counts of the Indictment charging violations of 18 U.S.C. 922(g)(1) and 924(c)(1) being Counts Sixteen (16), Seventeen (17), Eighteen (18), Nineteen (19), Twenty (20) and Twenty (21) on the grounds that the Counts are multiplicitous and the reasons stated therein.

It is by the Court, this        day of                          2008

ORDERED: That the motion, be and the same is hereby granted in that Counts Sixteen (16) and Seventeen (17) charge only one 18 U.S.C. 922(g)(1) offense and that counts Eighteen (18), Nineteen (19), Twenty (20) and Twenty-one (21) charge only one 18 U.S.C. 924(c)(1) offense. and are therefore multiplicitous.

_____
REGGIE B. WALTON
United States District Judge