UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :

    v.  :  Criminal No. 06-21-02 (RBW)

RALPH INGRAM  :

ORDER SUPPRESSING WIRE INTERCEPT
AND SEARCH WARRANT EVIDENCE

Upon consideration of the Motion to Suppress Evidence From Wire Interception Applications and Orders issued November 22, 2005 and extended December 29, 2005 for telephones (202) 270-1772 and (202) 889-6557 and a Search Warrant issued and executed for premises 2101 Ridgecrest Court, Apt 204, S.E. Washington, D.C. on January 26, 2006, and the matters and things considered

It is by the Court this     day of                    ,2008

ORDERED;  That the motion be and the same is herby granted and that all evidence, seized, obtained and derived therefrom,  including any and all statements allegedly obtained be, and the same are hereby, suppressed as evidence against the Defendant,  Ralph Ingram, in any criminal proceeding.

                                                    _____
                                                    REGGIE B. WALTON
                                                     United States District Judge

_