UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :

      v.     :     Criminal No. 06-21-02 (RBW)

RALPH INGRAM     :

SECOND MOTION TO ADOPT MOTIONS
OF CO-DEFENDANTS

    Defendant, Ralph Ingram, by and through Counsel, makes this Second Motion To Adopt Motions of Co-Defendants, set forth below. In an effort to avoid redundancy in pleadings, the following motions are enumerated:

    1. Kevin Morris Motion For Suppression of Communications Unlawfully Intercepted and Evidence Derived From Illegal Electronic Surveillance, fled 10-12-07.

    2. Sean Blakney Motion In Limine For An Order Directing The Government To Timely Provide Impeachment Evidence As To All Out-of-Court Declarents, filed 10-12-07.

    3. India Graves Motion For Disclosure of Brady/Giglio Information and For Early Production of Jenck's Material, filed 1024-07. This is to apply to Defendant, Ralph Ingram.

    4. India Graves Motion To Exclude Cooperating Witness Testimony and Request Reliability Hearing, filed 10-23-07

1

5. India Graves Motion To Identify Witnesses With Juvenile Adjudications and Pending Juvenile Proceedings And to Inspect Juvenile Files Pursuant To Davis v. Alaska, filed 10-24-07

6. India Graves Motion For A Bill of Particulars and Memorandum Of Law In Support Thereof.  This Motion is to be  made applicable to Defendant, Ralph Ingram. Filed 10-23-07

The above represent the motions received by Counsel  as of the date and time of this filing which he wishes to adopt on behalf of Defendant, Ralph Ingram.  Any additional motions received by Counsel after the filing of this motion, Counsel would submit an Addendum, with leave of Court ,as to which of those motions he would wish to adopt on behalf of Defendant, Ralph Ingram.

Wherefore, Defendant prays that this motion be granted.

_____
WILLAM J. GARBER #42887
717 D Street, N.W. Suite 400
Washington, D.C. 20004-2817
(202) 638-4667
Attorney for Defendant, Ralph Ongram

Certificate of Service

This is to certify that  Copy of this Second Motion To Adopt Motions was served by filing though the electronic case filing system of he United States District Court for the District of Columbia, Oct. 26, 2007

_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   :

      v.   :   Criminal No. 06-21-02 (RBW)

RALPH INGRAM   :

## ORDER GRANTING SECOND MOTION
## TO ADOPT MOTIONS OF CO-DEFENDANTS

Upon consideration of the Second Motion To Adopt Motions of Co-Defendants, filed on behalf of Defendant, Ralph Ingram, and the matters and things considered

It is by the Court, this      day of                              ,2008

ORDERED: that the Motion be, and the same is hereby granted.

_____-
REGGIE B. WALTON
United Stastes District Judge

3