UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

     v.      :   Criminal No. 06-21-02 (RBW)

RALPH BERNARD INGRAM

ORDER GRANTING RENEWED MOTION
TO DISMISS INDICTMENTS ON
SPEEDY TRIAL GROUNDS

Upon consideration of the Renewed Motion of Defendant, Ralph Bernard Ingram, to dismiss the pending indictments on speedy trial grounds and the matters and things set forth

It is by the Court, this _____ day of _____ 2008

ORDERED;  That the motion to dismiss the original and superseding indictments in this case against the Defendant, Ralph Bernard Ingram, be and the same are hereby dismissed with prejudice.

_____
REGGIE B. WALTON
United States District Judge