|  | |
|---|---|
| UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF COLUMBIA | FILED<br>MAR 2 7 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

UNITED STATES OF AMERICA )
)
v. ) Criminal Action No. 06-21-02 (RBW)
)
RALPH INGRAM, )
)
          Defendant. )

## ORDER

The Court having reviewed the Renewed Motion to Dismiss Indictments on Speedy Trial Grounds filed by Ralph Ingram, the defendant in this criminal proceeding, and in light of the nature of the relief requested therein, it is

**ORDERED** that the United States shall file its opposition to the defendant's motion, if any, on or before April 7, 2008. It is further

**ORDERED** that the parties shall appear before this Court on April 18, 2008, at 11:15 a.m. for a hearing on the defendant's motion.

**SO ORDERED** this 26th day of March, 2008.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge