CO-526
(12/86)

**FILED**

APR 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. _06-21-02 (RBW)_ |
| _Ralph Ingram_ | ) | |
| | ) | |

**WAIVER OF TRIAL BY JURY**

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_Ralph Ingram_
_____
Defendant

_____
Counsel for defendant

I consent:

_____
United States Attorney

Approved:

_____
Judge

4/29/08